UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA SENEKA, | No. 2:23-cv-00124 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF YOLO, et al., | |
| Defendants. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff has requested an extension of time to complete service of process and submit a first amended complaint. ECF No. 4. Plaintiff indicates the extension is required due to unforeseen medical and financial circumstances. Id.

The court notes that Federal Rule of Civil Procedure 15 states that a plaintiff may amend a complaint within 21 days after serving it, or within 21 days after a responsive pleading (such as an answer or motion to dismiss) is filed, without permission from the court. Thus, plaintiff is free to file an amended complaint at this time, and up until 21 days after completing service of process.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to complete service (ECF No. 4) is

GRANTED and plaintiff shall complete service of process no later than June 1, 2023.

2. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: April 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE