UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA SENEKA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF YOLO, a government entity; YOLO COUNTY CHILD WELFARE SERVICES, a government entity, et al.,<br><br>    Defendants. | No. 2:23-cv-00124 KJM AC (PS)<br><br><u>ORDER</u> |

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

    On October 10, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 10, 2023, are adopted in full;

2. The motions to dismiss at ECF No. 12, 13, 29, 30, 31, 32 and 34 are GRANTED and this case is dismissed with prejudice because it is barred by the principles of res judicata.

DATED: December 20, 2023.

CHIEF UNITED STATES DISTRICT JUDGE